# UNITED STATES DISTRICT COURT
## for the
## Eastern District of Arkansas

| | | |
|---|---|---|
| (1) JOHN BADGER AND MELISSA BADGER | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | Case No. 4:17-cv-725-JM |
| | ) | |
| (2) PROGRESSIVE PIPELINE CONSTRUCTION LLC, AND (3) MILBAR HYDRO-TEST, INC., | ) ) | |
| | ) | |
| Defendants. | ) | |

### ORDER TO SEAL PETITION FOR REMOVAL FILED NOVEMBER 3, 2017

Defendant, Milbar Hydro-Test, Inc. by and through their attorneys of record, Steidley & Neal, P.L.L.C. have filed a Motion to Seal the Petition for Removal filed November 3, 2017 [Doc. 13] and the accompanying exhibits be placed under seal. The Motion is hereby **GRANTED**.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED by the Court that Defendant's Motion to Seal Petition for Removal filed November 3, 2017 is granted.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED by the Court that the Clerk should be, and hereby is authorized and directed to seal the Petition for Removal filed November 3, 2017 and all the accompanying exhibits.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED by the Court that the Defendant is ordered to submit a substitute Notice of Removal and Exhibits with personal identifiers redacted.

IT IS SO ORDERED this 14th day of November, 2017

_____
United States District Judge